# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Elijah Eric Mills | CRIMINAL COMPLAINT<br><br><br><br>CASE NUMBER: 24-9061 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated Title 18 U.S.C. § 2252(a)(2) and Title 18 U.S.C. § 2252(a)(4)(B) offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA   *Gayl J. Helart*
Digitally signed by GAYL HELART
Date: 2024.02.08 08:56:-07'00'

SA Emily Steele, FBI
Name of Complainant

Signature of Complainant

Subscribed and sworn electronically
February ~~7,~~ 2024   @9:47am   2/8/2024      at   Phoenix, Arizona
Date                                                  City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or between approximately May 28, 2023 through May 30, 2023, in the District of Arizona and elsewhere, the defendant, ELIJAH ERIC MILLS, did knowingly distribute any visual depiction that involved the use of a minor engaging in sexually explicit conduct and where such visual depictions were of such conduct; and where the visual depiction was mailed, shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2).

[This violation is punishable by a term of imprisonment of 5 years – 20 years, $250,000, and a term of supervised release of between 5-life.]

### COUNT 2

On or about February 7, 2024, in the District of Arizona and elsewhere, the defendant, ELIJAH ERIC MILLS, did knowingly possess or access with intent to view one or more matters which contains a visual depiction that has mailed or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means, including by computer, if the producing of the visual depiction involved the use of a minor engaged in sexually explicit conduct and such visual depiction is of such conduct (child pornography.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B).

[This violation is punishable by a term of 0-20 years' imprisonment, $250,000, and a term of supervised release of between 5-life.]

## ATTACHMENT B
## ELECTRONICALLY SUBMITTED
## STATEMENT OF PROBABLE CAUSE

I, Emily Steele, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on August 15, 2023, Kik reported to the National Center for Missing and Exploited Children (NCMEC) that an account on their platform with a username of "eliybear" and display name of "Blood Wizard" shared content that was flagged as Child Sexual Abuse Material (CSAM), i.e. child pornography. I have viewed all 44 images/videos flagged by Kik as CSAM and noted that the images / videos involved victims ranging from toddlers (who appear no older than approximately 3 years old) through young teenagers (who appear no older than approximately 13 years old) being vaginally penetrated and or performing sexual acts on themselves using objects. These files were sent by Kik user eliybear between May 28-30, 2023. Investigative steps identified the likely user of the account as Elijah Eric Mills associated with 6547 East Main Street, Mesa, Arizona 85205 or 6040 East Main Street #218, Mesa, Arizona 85205 (both addresses are listed on Mills' Arizona Driver's License record). I have determined that 6040 East Main Street is a UPS Store and #218 is the PO Box within the store, whereas 6547 East Main Street, Mesa, Arizona, is an apartment complex with separately numbered units. On January 12, 2024, I obtained a search warrant signed by the Honorable Michael T. Morrissey, Case No. 24-3031MB, for the Kik account "eliybear". I received a response from Kik, which contained 189 images and videos of CSAM ranging in ages appearing to be from infant to approximately 10 years old.

On February 7, 2024, the FBI executed a search warrant authorized by the Honorable Deborah M. Fine on February 1, 2024, at Mills' residence. Mills was present and given his Miranda warnings. Mills' residence, including his cell phone, was searched. Mills' cell phone contained approximately 6900 files, image and video, of nude and partially nude children, much of which fit within the definition of child pornography pursuant to 18 U.S.C. §

2256. I viewed some of the files on-scene and the files included depictions of children who appeared to me to be under the age of 5 years old, with adults engaged in sex acts with them. Mills admitted to possessing approximately 1,000 files of child pornography.

In this affidavit, I believe there is probable cause to believe that **(1)** Elijah Eric Mills knowingly distributed child pornography on the Kik platform, which was detected by Kik, on or between May 28-30, 2023, in violation of 18 U.S.C. § 2252(a)(2) (distribution of child pornography) **(Count 1);** and (2) Elijah Eric Mills knowingly possessed child pornography, on or about February 7, 2024, in violation of 18 U.S.C. § 2252(a)(4)(B) **(Count 2).**

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for four years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic, advanced, and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## DETAILS OF THE INVESTIGATION

2. On August 15, 2023, Kik reported to NCMEC that an account on their platform with a username of "eliybear" and display name of "Blood Wizard" for sharing content that was flagged as Child Sexual Abuse Material (CSAM). Kik Messenger ("Kik") is an instant messaging application for mobile devices. The application is available on most iOS, Android, and Windows phone operating systems free of charge. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile web-pages, linked internet files and other content. Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers date, time, internet protocol (IP)

1  address and device related information. The username is the only unique identifier used by Kik.
2  According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated
3  and can never be changed. In this case, the content was shared on Kik between approximately
4  May 28-30, 2023.
5  3.  Approximately 44 files were flagged as being CSAM, i.e. child pornography, that fit within
6  the federal definition of child pornography pursuant to 18 U.S.C. § 2256. These 44 files were
7  previously viewed by a Kik employee prior to being sent to NCMEC.
8  4. I personally viewed all 44 images and identified all 44 as being CSAM fitting within the
9  federal definition of child pornography pursuant to 18 U.S.C. § 2256 and with the content
10 involving females who appeared to me to be between the ages of approximately three years old
11 through fifteen years old. Below are descriptions of some of the files I viewed:
12     A. 072d610e-71b6-4f14-a024-d882105d218e.jpg: This is a color image depicts fully nude
13 minor girl, being vaginally penetrated by an adult man using his penis. The girl is nude with the
14 adult man on top of her. The girl appears to me to be less than 8 years old based on body size,
15 no breast development, no pubic hair/development and facial features.
16     B. 58dd32ea-04f3-4ee7-9ca5-5d004ba68823.jpg: This is a color image depicting two girls,
17 who appear to be no older than 8 years old, nude in a bathtub. One girl is sitting upright while
18 the other is on her stomach floating in the water. The upright girl is spreading the floating girl's
19 buttocks apart exposing her anus and vagina. An adult man is holding on to one of the floating
20 girl's legs. Both girls appear to me to be less than 8 years old based on body size, no breast
21 development and facial features.
22     C. 46999859-ae94-4648-9077-d49b505bd211.jpg: This is a color image depicting a fully
23 nude minor girl spreading her legs open exposing her vagina. The girl is lying on her back with
24 her legs up, spreading open her vagina and anus for the person taking the photo. The girl appears
25 to me to be less than 8 years old based on body size, no breast development, no pubic
26 hair/development and facial features.
27     D. e1855d98-55aa-459a-82d8-c2c690e2cf95.jpg: This is a color image depicting a fully
28 nude girl being vaginally penetrated by an adult man using his penis. The girl is lying on her

back with her legs spread apart, exposing her vagina, while being vaginally penetrated. The girl depicted appears to me to be less than 8 years old based on body size, no breast development, no pubic hair/development and facial features.

E. 1c009ee8-4e6d-490d-92d1-aee15ad0a310.mp4: This 19 second color video file with sound, depicts a nude girl with her legs spread open. The camera is focused on the girl's nude vagina which has a white substance covering from her vagina to her anus. The girl is fully nude and sitting on an adult's lap. The girl shown appears to me to be less than 6 years old based on body size, no breast development, no pubic hair/development and facial features.

F. 36fed302-2992-4ba5-bc7c-e74fa9b5115c.mp4: This 47 second color video file with sound, depicts a girl with her legs spread apart, exposing her vagina, being vaginally penetrated by an adult male using his penis. The girl is lying on her back on top of the male as he is penetrating her from behind. The girl appears to me to be less than 6 years old based on body size and lack of pubic hair/development.

G. a3038fea-00e2-4276-ad81-8f33455d6d21.mp4: This 1 minute and 38 second color video file with sound, depicts a girl performing multiple sex acts. The girl sits on top of an adult male's penis while he vaginally penetrates her with his penis. The girl then begins to perform oral sex on the man. The girl depicted appears to me to be less than 10 years old based on body size, no breast development, and lack of pubic hair/development.

H. ef2e3eb8-cf43-4e84-ac89-d6b14e1ab6d3.mp4: This 1 minute and 30 second color video file with sound, depicts a girl being vaginally penetrated by an adult man using his penis. The girl is lying on her back with her legs spread apart as the man is on top of her. The girl appears to me to be less than 10 years old based on body size, no breast development and facial features.

16. NCMEC served an administrative subpoena to Kik for user "eliybear" and received the following information: a registration email of elijahmills012@gmail.com (unconfirmed),[1] and an IP address of 174.240.22.29.

5. NCMEC served an administrative subpoena to Google for the email elijahmills012@gmail.com and received the following information: an account registration

---

[1] "Unconfirmed" means that the social media company sent an email to the address and did not receive a response back.

name of Elijah Mills, the account was created on December 4, 2012, a recovery phone number of 360-627-0115, and a recovery email of elijaheric@gmail.com.

6. NCMEC served an administrative subpoena to Verizon for IP addresses 2600:1011:b18d:eb4e:b422:a8b7:788:4972 and 2600:1011:b32b:2522:a95c:e59b:346a:6d7c and received the following information: Phone number 360-627-0115, account registrant Meredith Barrett address 6040 East Main Street, Mesa AZ 85205.

7. NCMEC served a preservation letter to KIK on November 6, 2023, which was accepted and is valid for 180 days from November 6. The KIK preservation request number is 17223.

8. A query on FBI systems of Elijah Mills located in Arizona revealed a results of a Elijah Eric Mills, date of birth XX-XX-1998 (full date of birth known to me), social security number 536-XX-XXXX (full social security number known to me) and addresses of 6547 East Main Street, Mesa, Arizona 85205 (listed as the residential address on the license) or 6040 East Main Street #218, Mesa, Arizona 85205 (listed as the primary contact address on the license).

9. A criminal history check was done on Elijah Eric Mills, which returned no charges or convictions, but did show a report from Gilbert PD in 2016 which listed Mills as the subject of an investigation regarding a reported molestation of Mills' younger brother. The report documented that Mills (14 at the time of the incident) anally penetrated his brother (full name known to me, now known to be his cousin) when the cousin was 10 years old. In this report, Meredith Barrett was listed at Mills' grandmother.

10. I served the search warrant, Case No. 24-3031MB, obtained on January 12, 2024, and authorized by the Honorable Michael T. Morrissey, on the same day to Kik for the content contained within the Kik account eliybear.

11. I received a response from Kik on January 17, 2024. The response contained subscriber information which matched the administrative subpoena subscriber information previously obtained by NCMEC in ¶ 16 above (*i.e.* a registration email of elijahmills012@gmail.com), as well as multiple images and videos of CSAM that had been sent and received by the account.

12. I reviewed all images and videos within the account, totaling 189 images and videos of CSAM who appeared to me to range in age from infant to approximately 10 years old. I noted

that all eight image and video files listed in ¶ 15 A-H above were within the 189 files. Below are three examples of additional files that I viewed as part of the return of information that I viewed:

    A. 20c9e9c7-5ab3-4890-8e4f-59ee02fbf84f.mp4: This 14 second color video file with sound, depicts an adult male placing his penis in a baby girl's mouth making her perform oral sex. The girl is lying on her back nude. The baby appears to me to be an infant and no more than one year of age based on the size of facial and body features.

    B. aa5e981a-dfd4-42c6-843f-c140ed665092.mp4: This 29 second color video file with sound, depicts an adult man rubbing his penis and ejaculating on a girl's vagina. The girl is lying on her back nude with her pink underwear around her legs. The girl appears to me to be less than 8 years old, based on body size, no breast development and lack of pubic hair.

    C. 9544e859-cc5f-46db-814e-0dd661e34877.mp4: This 21 second color video, depicts an adult penetrating a baby girl's vagina with a pink toy. The girl is nude from the waist down wearing black shoes and green socks. The girl appears to me to be an infant, and no older than one year of age based on body size compared to the adult hand, as well as lack of vaginal development.

13. I contacted USPS, which confirmed that Mills receives mail at a PO Box. The address of 6040 East Main Street, #218, Mesa, Arizona 85205 is listed on his license for his primary contact address. I have determined that the address of 6040 East Main Street, Mesa, Arizona 85205 is a UPS Store, and #218 is one of the PO Boxes for receiving mail within the store.

26. I inquired with the Mesa Police department for any contact they have had with Elijah Mills. Mesa Police Department officials reported that in January 2023, police officers responded to a car crash where Mills was listed as a passenger. Mills provided a contact address for himself of 6547 East Main Street, Mesa, Arizona 85205 reflected in the report. A woman named K.C. (full name known to me) was driving the vehicle. K.C. was driving a car registered to Meredith Barrett, known to be Mills' grandmother.

14. I obtained the license and vehicle registration information for both K.C. and Meredith Barrett, which showed each woman has the same mailing address as one of the addresses listed

in Mills' driving record, namely, 6040 East Main Street, #218, Mesa, Arizona 85205 (*i.e.* the UPS store mailbox).

15. Meredith Barrett obtained a different vehicle than described in the report of the car crash in January 2023 (see ¶ 26) with her current registered vehicle being a 2012 white GMC Terrain with Arizona License Plate XTA2WR.

16. Phoenix PD obtained a warrant for Mills' cell phone location for number 360-627-0115 and performed surveillance based on the phone location.

17. On Friday January 26, 2024, Phoenix Police Department officers conducted surveillance on Mills for determining his association with 6547 East Main Street, Mesa, Arizona. This location is an apartment complex with the units numbered separately. Officers observed Mills getting into Barrett's vehicle (as the driver) outside of Arizona Financial Credit Union on 7202 East Southern Avenue, Mesa, Arizona. Mills then stopped at Burger King, a laundromat, and returned to 6547 East Main Street, entering room 18. Surveillance captured photos of Mills driving the GMC Terrain, stopping at Burger King, at the laundromat and physically entering room 18 at 6547 East Main Street.

18. The next day, on Saturday January 27, 2024, I performed surveillance at the 6547 East Main Street address. I walked on foot within the complex and observed a male who resembled Elijah Mills coming out of room 18, going to room 19 and returning back to room 18.

19. On February 7, 2024, the FBI served the search warrant for Mills' residence that I obtained on February 1, 2024, authorized by the Honorable Deborah M. Fine. Mills was present and interviewed after he was advised of his *Miranda* rights. Mills provided his phone's passcode to myself and SA Jon Williams and stated that he has used Kik in the past but it has been a while and he does not currently have that or any other social media on his phone. Mills stated that there would be child pornography on his phone when agents went through it, but that it was because he was collecting it via tor browsers/websites and intended on reporting it to law enforcement eventually. Mills wanted to save the images/videos and see if law enforcement could trace them back to the individuals making them [producers]. Mills stated he had approximately 1,000 images/videos of CSAM on his device. When questioned why Mills did not report this

immediately after the first photo he encountered and why he thought it was appropriate for this amount of CSAM to be on his phone, Mills stated he had never thought of it like that. Mills did not have a log of information of where each image/video was received from or from whom, but stated they were bookmarked for him to reference later when reporting them to the authorities. [note: the on-scene preview of Mills' phone revealed that nothing was bookmarked/labeled in any way]. Mills also stated he was set to move out of his current residence into a residence that would include he and an 11 year old relative during the upcoming weekend of February 10-11, 2024.  Mills' phone was previewed on scene by a forensic specialist.  Mills' phone revealed he possessed approximately 6,900 image and video files that showed nude and partially nude prepubescent children located in his phone's gallery. I reviewed numerous of these files and observed that many showed nude children who appeared to be under the age of 5, and many which showed adults engaged in sex acts with prepubescent children, which met the definition of child pornography under federal law.

20.   Mills was arrested and I am respectfully seeking this federal arrest warrant for the charges listed in Attachment A against Mills from these described circumstances.

## CONCLUSION

16.   Based on the foregoing, I believe that there is probable cause that Elijah Eric Mills distributed child pornography and possessed child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B), respectively (see Attachment A).

Respectfully submitted,

_Emily A Steele_
Emily Steele
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this _____ of February, 2024.

_EsWillett_
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge